# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

REFUGIO GONZALEZ,

        Plaintiff,

v.

D.R. DIEDRICH CO. LTD and
DANIEL R. DIEDRICH,

        Defendants.

Case No. 17-CV-778-JPS

**ORDER**

On September 22, 2017, the parties filed a joint motion to dismiss this action with prejudice, without further cost to either party. (Docket #18). The Court will grant that motion. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint motion to dismiss this action (Docket #18) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED with prejudice** and without further costs to either party.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge